James J. Arendt, Esq. Bar No. 142937
Michelle E. Sassano, Esq. Bar No. 232368

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Michelle@walaw-fresno.com

Attorneys for Defendant COUNTY OF KINGS

Morgan Ricketts (Bar No. 268892)
**RICKETTS & YANG**
540 El Dorado Street #202
Pasadena CA 91101
Telephone: (213) 995-3935
Facsimile: (213) 995-3963
Email: morgan@rickettsandyang.com

Attorneys for Plaintiff Michael Valdez

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>HANFORD POLICE OFFICER LARRY LEEDS, in his individual capacity; HANFORD POLICE DEPARTMENT, a municipal public entity; COUNTY OF KINGS, CALIFORNIA, a municipal entity; NAPHCARE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:17-CV-00430-LJO-EPG<br><br>**STIPULATION AND ORDER TO DISMISS** |

On April 14, 2017, Plaintiff filed his First Amended Complaint. (Doc. 7) On April 28, 2017, Defendant County of Kings filed a Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Claim for Relief alleging conversion under California law. (Doc. 9) Upon review of the motion, Plaintiff stipulates to dismissal of the Fourth Claim for Relief, without prejudice, as to Defendant County of Kings only. In light of this stipulation, Defendant County of Kings withdraws their motion to dismiss and requests the Court vacate the May 30, 2017, hearing date.

Plaintiff and Defendant County of Kings further stipulate that Defendant County of Kings' Answer to the First Amended Complaint be filed on or before May 19, 2017.

[signatures on next page]

DATE:  May 5, 2017

                                      WEAKLEY & ARENDT, LLP

                              By:    /s/ James J. Arendt_____
                                            James J. Arendt
                                            Michelle E. Sassano
                                            Attorneys for Defendants County
                                            of Kings

Dated: May 5, 2017

                                        RICKETTS & YANG

                              By:    /s/ Morgan Ricketts_____
                                            Morgan Ricketts
                                            Attorneys for Plaintiff Michael Valdez

**ORDER**

Pursuant to the above stipulation

(1) The Fourth Claim for Relief for conversion under California law is DISMISSED without prejudice;

(2) The Clerk of Court is directed to administratively terminate the pending motion to dismiss, Doc. 9, and VACATE the hearing thereon, and.

(3) Defendant County of Kings shall file its Answer to the First Amended Complaint on or before May 19, 2017.

IT IS SO ORDERED.

  Dated:  **May 9, 2017**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE