Morgan Ricketts (Bar No. 268892)
**RICKETTS & YANG**
540 El Dorado Street #202
Pasadena CA 91101
Telephone: (213) 995-3935
Facsimile: (213) 995-3963
Email: morgan@rickettsandyang.com

Attorneys for Plaintiff Michael Valdez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br>　　　　Plaintiff,<br><br>　　v.<br><br>HANFORD POLICE OFFICER LARRY LEEDS, in his individual capacity; HANFORD POLICE DEPARTMENT, a municipal entity; COUNTY OF KINGS, CALIFORNIA, a municipal entity; NAPHCARE, INC., a Delaware corporation; and DOES 1-10, inclusive;<br><br>　　　　Defendants. | Case No.: 1:17-cv-00430-LJO-EPG<br><br>*Hon. Lawrence J. O'Neill*<br>*Mag. Erica P. Grosjean*<br>*Ctrm 4, 7th Fl.*<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING ON MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

FILED MAY 0 3 2018 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

1

[PROPOSED] ORDER RE EXPEDITED BRIEFING SCHEDULE AND HEARING

## ORDER

The Court hereby issues the following order:

Any Opposition to Plaintiff's Motion for Leave to File A Third Amended Complaint is now due on or before May 11, 2018.

Any Reply In Support of Plaintiff's Motion for Leave to File A Third Amended Complaint is now due on or before May 14, 2018.

The hearing on Plaintiff's Motion for Leave to File A Third Amended Complaint is now set for May 25, 2018, at 10:00 AM in Courtroom 10.

IT IS SO ORDERED.

Dated: 5/3/18

HONORABLE ERICA P. GROSJEAN