| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>HANFORD POLICE DEPARTMENT, a municipal entity, *et al.*,<br><br>        Defendants. | Case No. 1:17-CV-00430-LJO-EPG<br><br>**ORDER TERMINATING DEFENDANTS ON THE DOCKET**<br><br>(ECF No. 53) |

On May 18, 2018, the parties filed a stipulation to dismiss with prejudice the claims against the following defendants: County of Kings, Sheriff David Robinson, Commander Kimberly Pedreiro, Lieutenant Chrystal Thomas, Lieutenant Shari Henderson, Sergeant Peter Thompson, Sergeant Ramon Collier, Deputy Theresa Zerfoss, Deputy Brandon Putnam, Deputy Kyle Etchegoin, and Deputy Juan Ruiz. (ECF No. 53). The above-named defendants have also stipulated to dismiss with prejudice their cross-claim against NaphCare, Inc. Based upon the stipulation of all the parties, the above-named defendants and their cross-claim against NaphCare, Inc. are dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

\\\

\\\

\\\

1

Accordingly, the Clerk of the Court is DIRECTED to terminate the above-named defendants on the docket.

IT IS SO ORDERED.

Dated: **May 21, 2018**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE