# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>HANFORD POLICE DEPARTMENT, a municipal entity, *et al.*,<br><br>Defendants. | Case No. 1:17-CV-00430-LJO-EPG<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(ECF Nos. 20, 63, 64) |

On May 29, 2018, the parties participated in a settlement conference. (ECF No. 56.) Because it appeared that the case had reached an agreement, the Court stayed the proceedings pending the anticipated receipt of final settlement documents from the parties. Settlement negotiations subsequently broke down, and the Court lifted the stay and instructed the parties to meet and confer regarding a schedule for the remainder of the case and to submit either a joint or individual proposed schedule(s). (ECF No. 62.)

On August 1, 2018, Defendant/Cross-Defendant Napchare, Inc., filed an individual proposed schedule. (ECF No. 63.) On August 2, 2018, the parties, including Naphcare, Inc., filed a Joint Schedule Report and Stipulation to File Third Amended Complaint (ECF No. 64) in which all parties stipulated to a schedule for the remainder of the case, including a date by which Plaintiff may file an amended complaint, and stipulated to Plaintiff's proposed third amended complaint, which was included as an attachment to the stipulation. (ECF No. 64 at 4-35.)

The Court finds good cause for modifying the scheduling order (ECF No. 20), as previously modified (ECF No. 55), adopting some but not all of the dates proposed by the

1

parties,[1] and for granting Plaintiff leave to file the third amended complaint attached to the parties' stipulation. Accordingly,

IT IS ORDERED:

1. The Scheduling Order (ECF No. 20, 55) is modified to impose the following schedule:[2]

   a. Filing of Third Amended Complaint:   August 15, 2018
   b. Mid-Discovery Conference:   November 7, 2018, at 9:30 AM
   c. Non-Expert Discovery Cutoff:   February 8, 2019
   d. Disclosure of Experts:   March 8, 2019
   e. Disclosure of Rebuttal Experts:   April 5, 2019
   f. Expert Discovery Cutoff:   May 3, 2019
   g. Dispositive Motions:   June 7, 2019
   h. Pretrial Conference:   October 2, 2019, at 8:15 AM
   i. Jury Trial:   December 3, 2019, at 8:30 AM

2. Plaintiff is granted leave to file, by August 15, 2018, the Third Amended Complaint attached to the Parties' Joint Schedule Report and Stipulation to File Third Amended Complaint.

IT IS SO ORDERED.

Dated: **August 6, 2018**   /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[1] To comply with the preferences of Chief Judge O'Neill regarding the deadline for dispositive motions in relation to the date set for trial, it was necessary to shorten the discovery and dispositive motion timeline proposed by the parties.

[2] The parties may move to extend this schedule upon good cause, but note that any extension will likely result in moving the trial beyond Chief Judge O'Neill's planned retirement date, and thus extensions to this schedule are greatly disfavored.

2