# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>LARRY LEEDS, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00430-LJO-SAB<br><br>ORDER RE INFORMAL DISCOVERY DISPUTE |

On January 8, 2019, the parties contacted the Court to request assistance regarding issues that had arisen during the deposition of Defendant Barker. An informal teleconference was conducted at which counsel Morgan Ricketts appeared for Plaintiff and Megan Dodd appeared for Defendant Barker. Counsel requested the Court's assistance in addressing two issues: 1) Officer Barker's refusal to answer questions regarding an incident for which Plaintiff filed a complaint with Internal Affairs against Officer Barker and for which he received service approximately ten minutes prior to the deposition; and 2) Officer Barker's claim of privilege regarding questioning about the identify of an informant.

As to the June 20, 2018 incident, the deposition shall be continued for Officer Barker to have the opportunity to review the complaint filed against him by Plaintiff and to consult with legal counsel regarding the allegations.

As to the traffic stop, Defendants proffer that Plaintiff was arrested for intimidation of a

witness after the names of witnesses that had provided information to the police regarding his activities were produced in this matter. Plaintiff may continue questioning on the facts and circumstances of the traffic stop. However, to protect the witness, the identity of the witness shall not be disclosed.

Based on the discussion at the informal conference, IT IS HEREBY ORDERED that:

1. The deposition of Defendant Barker regarding the June 20, 2018 incident shall be CONTINUED to allow Defendant Barker the opportunity to review the Internal Affairs complaint and consult with counsel regarding the incident. A further deposition shall be scheduled at the convenience of the parties; and

2. Questioning on the traffic stop of the white SUV shall proceed and Officer Barker shall provide answers without revealing the identity of the informant.

IT IS SO ORDERED.

Dated: __**January 8, 2019**__

UNITED STATES MAGISTRATE JUDGE