# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARRY LEEDS, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00430-LJO-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF Nos. 65, 87) |

On August 6, 2018, the Court issued an amended scheduling order setting pretrial deadlines and the trial date for this action. (ECF No. 65.) On February 11, 2019, the parties filed a stipulation to amend the discovery deadlines. (ECF No. 87.) The Court finds good cause to grant the modification.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the August 6, 2018 amended scheduling order (ECF No. 65) is amended as follows:

1. Non-Expert Discovery Cutoff: April 19, 2019;
2. The deposition of Defendant Naphcare pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, subject to the restrictions imposed by the Court's order following the informal discovery dispute (ECF No. 86), and excluding topic 25 pursuant to the stipulation of the parties (ECF No. 87), shall proceed on a date convenient to the parties on or before March 31, 2019;

3. Disclosure of Experts: April 26, 2019;

4. Disclosure of Rebuttal Experts: May 10, 2019;

5. Expert Discovery Cutoff: May 31, 2019;

6. Dispositive Motions: June 19, 2019;

7. All other dates and aspects of the August 6, 2018 amended scheduling order shall remain in effect; and

8. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: __**February 11, 2019**__

UNITED STATES MAGISTRATE JUDGE