# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>LARRY LEEDS, et al.,<br><br>            Defendants. | Case No. 1:17-cv-00430-LJO-SAB<br><br>ORDER ADVANCING HEARING ON MOTION FOR PROTECTIVE ORDER TO APRIL 10, 2019 AT 8:30 A.M.<br><br>(ECF No. 99) |

Pursuant to the stipulation of the parties (ECF No. 99), the hearing on Defendants' motion for protective order currently set for April 10, 2019, at 10:00 a.m. (ECF No. 95), is HEREBY ADVANCED to April 10, 2019, at 8:30 a.m., in Courtroom 9.

IT IS SO ORDERED.

Dated: **April 8, 2019**

UNITED STATES MAGISTRATE JUDGE

1