# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL VALDEZ, | Case No. 1:17-cv-00430-LJO-SAB |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER WITHOUT PREJUDICE AND VACATING HEARING |
| v. | |
| LARRY LEEDS, et al., | |
| Defendants. | (ECF No. 95) |

On February 14, 2019, Defendants Hanford Police Department, Larry Leeds, Patrick Jurdon, Dale Williams, Christifer Barker, and Jarred Cotta ("Defendants") filed a motion for a protective order. (ECF No. 89.) Defendants failed to file a joint statement seven days prior to the hearing date as required by the Local Rules of the Eastern District of California. L.R. 251(a). On March 8, 2019, the Court issued an order continuing the hearing on the motion from March 13, 2019, to March 20, 2019, and ordering the parties to meet and confer pursuant to Local Rule 251(b), and then file a joint statement pursuant to Local Rule 251(c) or an affidavit pursuant to Local Rule 251(d) at least seven days prior to the hearing. (ECF No. 92.) In the Court's March 8, 2019 order, it was also noted that the exhibits referenced in the Defendants' motion were not in fact attached to the motion. (ECF No. 89.)

Following the Court's order, on March 8, 2019, Defendants filed a statement of errata attaching the missing exhibits. (ECF No. 93.) However, as of March 14, 2019, Defendants had

failed to file a joint statement or an affidavit as required by Local Rules, and as ordered by the Court on March 8, 2019. (ECF No. 92.) Due to this failure, on March 14, 2019, the Court denied Defendant's motion for protective order filed February 14, 2019, without prejudice. (ECF No. 94.)

On March 22, 2019, Defendants[1] again filed a motion for a protective order. (ECF No. 95.) An opposition, a reply, and a joint statement were also filed. (ECF Nos. 96, 97, 98.) The Court held a hearing on the motion on April 10, 2019. (ECF No. 101.) At the hearing, attorney Morgan E. Ricketts appeared on behalf of Plaintiff, attorney Mario U. Zamora appeared on behalf of Defendants Larry Leeds and the city of Hanford, and attorney Chad Couchot appeared on behalf of Defendant Naphcare. During the hearing, the Court determined that the briefing, joint statement, and record provided to the Court were again insufficient to address the discovery in dispute and to determine the parameters of a potential protective order, however also determined that the parties were in agreement on the production and redaction of some documents, and were in agreement to narrow the issues prior to the Court addressing the motion for protective order at a future hearing. Given this, the Court continued the hearing to May 2, 2019, ordered the parties to meet and confer regarding the documents Defendant would agree to produce subject to a protective order, ordered the parties to meet and confer regarding the issue of using the documents outside of this federal civil proceeding, and ordered the parties to file a joint statement which clearly and narrowly addressed the issues that remained following the meet and confer process on or before April 24, 2019. (ECF No. 102.)

As of the date of this order, the parties have failed to file such joint statement as required by the Court's April 10, 2019 order. Given the repeated failure by the parties to follow comply with the local rules[2] and this Court's orders, the Court will deny Defendants' motion for a

---

[1] The motion did not relate to claims against Defendant Naphcare, Inc., and Naphcare did not take a position regarding the motion. (ECF No. 97.)

[2] LR does not stand for "Local Recommendations" but "Local Rules," hence, their compliance is essential to litigation practice, the rights of each side, and the fair adjudication of issues by this Court.

2

protective order.[3]

The parties are advised that any future motions and/or disputes this Court is to address must comply with the rules and orders of this court, otherwise, sanctions will be imposed again the violating party or parties.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion for a protective order (ECF No. 95) is DENIED; and
2. The hearing on Defendants' motion for a protective order (ECF No. 95), currently set for May 2, 2019, at 8:30 a.m. before the undersigned in Courtroom 9 is hereby VACATED.

IT IS SO ORDERED.

Dated:  **April 29, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] If a party is not complying with an order of the Court, and hence, making it impossible for the non-offending party to comply then the non-offending party must advise the Court so as to avoid prejudice to their client and further expenses and costs. Silence is equated with non-compliance and the Court not have a hearing merely to start the process all over again. Boredom and lack to things to do is not an attribute of this Court.