# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VALDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY LEEDS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00430-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 131)<br><br>THIRTY-DAY DEADLINE |

On August 15, 2019, Defendants filed a notice of settlement informing the Court that the parties have reached settlement resolving this action and that the parties anticipate a request for dismissal will be filed within thirty (30) days of October 23, 2019.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before November 22, 2019.

IT IS SO ORDERED.

Dated: **October 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1